Case 7:23-cv-00116   Document 18   Filed on 07/28/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JANINE BRIGNOLA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:23-cv-00116 |
| | § | |
| CLAUDIO ARMIJO and UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

The Court's July 28, 2023 order dismissed all of Plaintiff Janine Brignola's claims as to Defendant United States of America with prejudice and dismissed all of Plaintiff Janine Brignola's claims against Defendant Claudio Armijo without prejudice to refiling in state court. The Court now renders final judgment in accordance with Federal Rule of Civil Procedure 54. All issues in this case are resolved by the Court's order. The Court holds that Plaintiff takes nothing by this suit. Each party to bear its own costs. Any relief not expressly granted in this final judgment is hereby **DENIED**. This case is terminated, and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 28th day of July 2023.

_____
Micaela Alvarez
Senior United States District Judge